**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 05 2015

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT053494
Cashier ID: japiye
Transaction Date: 10/05/2015
Payer Name: ARKANSAS ATTORNEY GENERAL

NOTICE OF APPEAL/DOCKETING FEE
 For: ARKANSAS ATTORNEY GENERAL
 Case/Party: D-ARE-4-15-CV-000566-001
 Amount:         $505.00

CHECK
 Check/Money Order Num: 1629
 Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```