IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PLANNED PARENTHOOD OF ARKANSAS &
EASTERN OKLAHOMA, INC.,** *et al.*                                    **PLAINTIFFS**

v.                              Case No. 4:15-cv-566-KGB

**CINDY GILLESPIE, Director, Arkansas
Department of Human Services, in her
Official Capacity**                                                   **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to amend protective order (Dkt. No. 197). Pursuant to Federal Rule of Civil Procedure 26(c)(1), the parties request that the Court amend its September 15, 2015, Order (Dkt. No. 9). Rule 26(c)(1) provides that the Court may enter a protective order upon good cause shown. Fed. R. Civ. P. 26(c)(1). At the start of this case, the Court entered a protective order requiring defendant Cindy Gillespie, Director of the Arkansas Department of Human Services, in her official capacity, to keep confidential the identities of the individual plaintiffs in this matter (Dkt. No. 9). Specifically, Ms. Gillespie was prohibited from disclosing that information to anyone except Ms. Gillespie's counsel of record, support staff who are directly assisting counsel in the defense of this litigation, and Department of Human Services personal who are "actually engaged in the preparation of this action for trial or other proceedings herein," all of whom must be advised of their obligations under the Court's order (*Id.*, at 2).

In the present motion, the parties state that they anticipate that discovery will require the exchange and disclosure of confidential information regarding state Medicaid providers, specifically providers' unique Medicaid provider numbers (Dkt. No. 197, ¶ 2). The parties represent that the sensitive nature of the discovery in this action provides good cause to amend the protective order to cover additional categories of information (*Id.*). To that end, the parties request

that the Court amend the protective order to require plaintiffs to keep confidential any Medicaid provider numbers exchanged or disclosed in discovery, subject to the same conditions as described in the September 15, 2015, protective order, including the following language:

> [Plaintiffs] shall not, without leave of the Court, in any way reveal, disclose, or otherwise make known, in whole or in part, the [Medicaid provider numbers] of any provider obtained in the course of discovery, to any person except: (a) Counsel of record for the [plaintiffs] in this action and their paralegals and other professional personnel (including support staff) who are employed by the [entity] and directly assisting such counsel in the prosecution or defense of this litigation, are under the supervision or control of such counsel, and who have been advised by such counsel of their obligations hereunder . . . . If disclosed pursuant to any permitted persons . . ., the [Medicaid provider number(s) of any provider] shall not be used for any purposes except for the prosecution or defense of this litigation.

(Dkt. Nos. 9, ¶¶ 3-4; 197, ¶ 3).

For good cause shown, the Court grants the parties' joint motion to amend protective order in the manner described above, requiring plaintiffs to keep confidential any Medicaid provider numbers exchanged or disclosed in discovery. All other terms of the protective order remain in full force and effect (Dkt. No. 9). It is hereby ordered that:

1. Plaintiffs shall not, without leave of the Court, in any way reveal, disclose, or otherwise make known, in whole or in part, the Medicaid provider numbers of any provider obtained in the course of discovery, to any person except: (a) Counsel of record for the plaintiffs in this action and their paralegals and other professional personnel (including support staff) who are employed by the entity and directly assisting such counsel in the prosecution or defense of this litigation, are under the supervision or control of such counsel, and who have been advised by such counsel of their obligations hereunder.

2. If disclosed pursuant to any permitted persons, the Medicaid provider number(s) of any provider shall not be used for any purposes except for the prosecution or defense of this litigation.

So ordered this 21st day of October, 2019.

_____
Kristine G. Baker
United States District Judge