**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PLANNED PARENTHOOD OF ARKANSAS
AND EASTERN OKLAHOMA, INC.,** *et al.*                                                    **PLAINTIFFS**

**v.**                                     **Case No. 4:15-cv-00566 KGB**

**CINDY GILLESPIE**                                                                                  **DEFENDANT**

**ORDER**

Before the Court is a joint status report and motion to further stay proceedings (Dkt. No. 223). On March 20, 2020, the parties jointly requested a stay of all proceedings in the light of the global pandemic of COVID-19 (Dkt. No. 219). The Court granted that motion and directed the parties to submit an update to the Court by May 20, 2020, advising as to whether discovery can reasonably proceed or whether a further stay is necessary (Dkt. No. 220). On May 15, 2020, the parties jointly requested a further stay of all proceedings (Dkt. No. 221). The Court granted that motion and directed the parties to submit an update to the Court by July 20, 2020, advising as to whether discovery can reasonably proceed or whether a further stay is necessary (Dkt. No. 222). In the instant motion, the parties represent that discovery cannot reasonably proceed, that they are unable to conduct depositions, and that they seek to ensure that the Arkansas Department of Health can devote its resources to managing the current public health crisis (Dkt. No. 223, at 1-2). Accordingly, the parties request a further stay of all proceedings (*Id.*). The parties propose submitting a joint update to this Court on or before Monday, September 21, 2020, in order to advise the Court as to whether discovery can reasonably proceed at that time or whether a further stay is necessary (*Id.*, at 2). For good cause shown, the Court grants the parties' joint motion to further stay proceedings (Dkt. No. 223). The Court directs the parties to submit a joint update on or before

Monday, September 21, 2020, advising the Court as to whether discovery can reasonably proceed at that time or whether a further stay is necessary.

It is so ordered, this the 15th day of July, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Court