### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PLANNED PARENTHOOD OF ARKANSAS**
**AND EASTERN OKLAHOMA, INC.,** *et al.*                                    **PLAINTIFFS**

v.                              Case No. 4:15-cv-00566 KGB

**CINDY GILLESPIE**                                                          **DEFENDANT**

### ORDER

Before the Court are two joint status reports and motions to further stay proceedings (Dkt. Nos. 227, 228). On March 20, 2020, the parties jointly requested a stay of all proceedings in the light of the global pandemic of COVID-19 (Dkt. No. 219). The Court granted that motion and directed the parties to submit an update to the Court by May 20, 2020, advising as to whether discovery can reasonably proceed or whether a further stay is necessary (Dkt. No. 220). On May 15, 2020, the parties jointly requested a further stay of all proceedings (Dkt. No. 221). The Court granted that motion and directed the parties to submit an update to the Court by July 20, 2020, advising as to whether discovery can reasonably proceed or whether a further stay is necessary (Dkt. No. 222). On July 15, 2020, the parties jointly requested a further stay of all proceedings (Dkt. No. 223). The Court granted that motion and directed the parties to submit an update to the Court by September 21, 2020 advising as to whether discover can reasonably proceed or whether a further stay is necessary (Dkt. No. 224).

On September 18, 2020, the parties filed a status report and motion to further stay proceedings advising that discovery cannot reasonably proceed, that they are unable to conduct depositions, and that they seek to ensure that the Arkansas Department of Health can devote its resources to managing the current public health crisis (Dkt. No. 227, at 1-2). Accordingly, the parties requested a further stay of all proceedings and propose submitting a joint update to this

Court on or before Friday, November 20, 2020 (*Id*.). The parties have now filed a second joint status report and motion to further stay proceeding again stating that discovery cannot reasonably proceed due to the current public health crisis (Dkt. No. 228). The parties propose a joint update to the Court no later than Friday, January 22, 2021, in order to advise the Court as to whether discovery can reasonably proceed at that time or whether a further stay is necessary (*Id.*, at 2). For good cause shown, the Court grants the parties' joint motions to further stay proceedings (Dkt. Nos. 227, 228). The Court directs the parties to submit a joint update on or before Friday, January 22, 2021, advising the Court as to whether discovery can reasonably proceed at that time or whether a further stay is necessary.

    It is so ordered, this the 20th day of November, 2020.

                                                         */s/ Kristine G. Baker*
                                                         Kristine G. Baker
                                                         United States District Court