**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PLANNED PARENTHOOD OF ARKANSAS
AND EASTERN OKLAHOMA, INC.,** *et al.*                                       **PLAINTIFFS**

**v.**                                    **Case No. 4:15-cv-00566 KGB**

**CINDY GILLESPIE**                                                                        **DEFENDANT**

<u>**ORDER**</u>

Before the Court is the parties' joint status report and motion to further stay proceedings (Dkt. No. 249).  On March 20, 2020, the parties jointly requested a stay of all proceedings in the light of the global pandemic of COVID-19 (Dkt. No. 219).  The Court granted that motion and directed the parties to submit an update to the Court by May 20, 2020, advising as to whether discovery can reasonably proceed or whether a further stay is necessary (Dkt. No. 220).  On May 15, 2020, the parties jointly requested a further stay of all proceedings (Dkt. No. 221).  The Court granted that motion and directed the parties to submit an update to the Court by July 20, 2020, advising as to whether discovery can reasonably proceed or whether a further stay is necessary (Dkt. No. 222).  On July 15, 2020, the parties jointly requested a further stay of all proceedings (Dkt. No.  223).  The Court granted that motion and directed the parties to submit an update to the Court by September 21, 2020, advising as to whether discover can reasonably proceed or whether a further stay is necessary (Dkt. No.  224).  On September 18, 2020, the parties filed a status report and motion to further stay all proceedings (Dkt. No. 227).  The Court granted that motion and directed the parties to submit a joint update to this Court on or before Friday, January 22, 2021 (Dkt. No. 229).  On January 22, 2021, the parties filed a status report and motion to further stay all proceedings (Dkt. No. 230).  The Court granted that motion and directed the parties to submit a joint update to the Court on or before March 22, 2021 (Dkt. No. 231).  On March 22, 2021, the

parties jointly requested a further stay of all proceedings, and the Court granted that motion and directed the parties to submit a joint update to the Court (Dkt. Nos. 232, 233).  On May 24, 2021, the parties jointly requested a further stay of all proceedings, and the Court granted that motion and directed the parties to submit a joint update to the Court (Dkt. Nos. 234, 235).  The parties filed joint status reports and motions to further stay proceedings on July 23, 2021, and September 21, 2021, again stating that discovery cannot reasonably proceed due to the current public health crisis, and the Court granted the motions (Dkt. Nos. 236; 237; 238).  On November 22, the parties jointly requested a further stay of all proceedings, and the Court granted that motion and directed the parties to submit a joint update to the Court on or before January 21, 2022 (Dkt. Nos. 239; 240).  On January 22, 2022, the parties jointly requested a further stay of all proceedings, and the Court granted that motion and directed the parties to submit a joint update to the Court on or before March 21, 2022.

The parties have now filed a joint status report and motion to further stay proceedings (Dkt. No. 249).  In the motion, the parties request a further stay of proceedings and propose a joint update to the Court no later than May 20, 2022, in order to advise the Court as to whether discovery can reasonably proceed at that time or whether a further stay is necessary (*Id*., at 2).  For good cause shown, the Court grants the parties' joint motion to further stay proceedings (*Id*.).  The Court directs the parties to submit a joint update on or before May 20, 2022, advising the Court as to whether discovery can reasonably proceed at that time or whether a further stay is necessary.

It is so ordered, this the 22nd day of March, 2022.

Kristine G. Baker
United States District Court