IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PLANNED PARENTHOOD OF ARKANSAS
AND EASTERN OKLAHOMA, INC., *et al.*                                            PLAINTIFFS

v.                       Case No. 4:15-cv-00566 KGB

CINDY GILLESPIE                                                                 DEFENDANT

## **ORDER**

Before the Court is the parties' joint stipulation of voluntary dismissal (Dkt. No. 251). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court agrees with the parties that notice of the proposed voluntary dismissal need not be given to the class under Federal Rule of Civil Procedure 23(e)(1) because the class was certified under Rule 23(b)(2), notice was not issued upon class certification, and lack of notice of voluntary dismissal will not prejudice absent class members who did not receive actual notice of this action. The Court also agrees that a hearing is not necessary under Rule 23(e)(2).

For good cause shown, the Court adopts the joint stipulation of dismissal. The Court dismisses the action without prejudice. The Court denies as moot defendant's motion for judgment on the pleadings as to plaintiffs' Medicaid Act claim, plaintiffs' motion to compel discovery responses, and plaintiffs' motion for an expanded protective order (Dkt. Nos. 168; 203; 216).

It is so ordered, this 1st day of August, 2022.

                                                                _/s/ Kristine G. Baker_
                                                                       Kristine G. Baker
                                                                       United States District Court